McCORMICK v. McCARTON. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Thomas McCormick against Francis A. McCarton, as president, etc. No opinion. Motion denied, upon payment of $10 costs of the term and $10 costs of motion.

McGOWAN, Appellant, v. JUILLARD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Thomas H. McGowan against Augustus D. Juillard and others. W. W. Cooper, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment and order affirmed, with costs.

McGURK, Respondent, v. JAMES D. JOHNSTON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by John H. McGurk against the James D. Johnston Company. E. Herrman, for appellant. F. S. Fisher, for respondent. No opinion. Judgment and order affirmed, with costs.

McKAY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Cornelia McKay against the Metropolitan Street Railway Company. A. Ofner, for appellant. C. O'Connor, for respondent. No opinion. Judgment and order affirmed, with costs.

McMANUS v. ELBS. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Emmett A. McManus against John G. Elbs. No opinion. Motion to amend remittitur denied, without costs.

McNALLY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Thomas McNally against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McQUILLAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 23, 1904.) Action by James McQuillan against the Metropolitan Street Railway Company. Judgment for plaintiff, and defendant appeals. Reversed. Bayard H. Ames and F. Angelo Gaynor, for appellant. G. H. Epstein, for respondent.

PER CURIAM. Aside from the question whether the plaintiff showed himself free from contributory negligence, his evidence fails to establish negligence in the defendant. Upon this point the case at bar is identical with Meyerowitz v. Interurban St. Ry. Co. (Sup.) 84 N. Y. Supp. 233. The judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event.

MARTIN, Respondent, v. AMBROSE A. GAVIGAN CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Francis P. Martin against the Ambrose A. Gavigan Company and the Dominican Convent of Our Lady of the Rosary. No opinion. Reargument ordered, and case set down for March 14, 1904.

MARTIN, Appellant, v. WILSON, Respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by Alexander Martin against Charles J. Wilson.

PER CURIAM. Order reversed on argument, without costs, on the ground that the motion was heard by one justice of the Supreme Court and decided by another, and that such disposition of the matter was not made with the consent of the parties. Motion remitted to the Special Term for hearing and determination.

In re MARX. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) In the matter of the application of Joseph Marx for admission to the bar. No opinion. Application granted.

MATHER et al., Respondents, v. YOST et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Simeon Mather and another against Charles G. Yost and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

In re MAYOR. In re CONSOLIDATED ICE CO. (Supreme Court, Appellate Division, First Department. February 5, 1904.) In the matter of the mayor (department of parks). In the matter of the Consolidated Ice Company. J. A. Deering, for the motion. T. Connoly, opposed. No opinion. Motion to confirm report granted, with $10 costs.

In re MAYOR. In re TABER et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) In the matter of the mayor (department of parks). In the matter of Thomas T. Taber and others. J. A. Deering, for the motion. T. Connoly, opposed. No opinion. Motion to confirm report granted, with $10 costs.

MEAD, Appellant, v. COOLIDGE et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Royal P. Mead against Jonathan M. Coolidge and Louis M. Brown, as executors, etc., of George W. Lee, deceased, and others. No opinion. Judgment unanimously affirmed, with costs.

MEISEN, Respondent, v. ROTHFELD, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Michael P. Meisen against Isaac Rothfeld. No opinion. Motion for stay of proceedings pending appeal granted.